```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-131-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER AND FINDINGS |
| vs. | |
| VALDEZ-TORRES et al., | Date:  April 28, 2016 |
| Defendants. | Time:  9:30 a.m. |
| | Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Roberto Gomez. Jr., Christopher R. Cosca, Esq., counsel for defendant Leonel Ayon, David A. Torres, Esq., counsel for defendant Jason Rogers, Michael Petrik, Jr., Esq., counsel for defendant Shannon Armstrong, John R. Manning, Esq., counsel for defendant Bradley Ward, Toni L. White, Esq., counsel for defendant David Uhrig, Clemente Jimenez, Esq., counsel for defendant William Welch, David A. Grow, Esq., counsel for defendant Michael McGibbon, Dwight M. Samuel, Esq., counsel for defendant Edgar Eduardo Herrera, Scott N. Cameron, Esq., and counsel for defendant Jesus Sicairos, Jeffrey L. Staniels, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on February 18, 2016.

2. By this stipulation, the defendants now move to continue the status conference until April 28, 2016 at 9:30 a.m., and to exclude time between February 18, 2016 and April 28, 2016 under the Local Codes T-2 (unusual and complex) and T-4 (to allow defense counsel time to prepare). Defendant Leobardo Martinez-Carranza wishes to remain on the calendar.

3. The parties agree and stipulate, and request the Court find the following:

   a. As the court is aware, this is a "wire-tap" case wherein the government was "up on" multiple phone lines (four phone lines). Numerous federal and local law enforcement agencies had been investigating the individuals named in the indictment for several months prior to their respective arrests. Initially the government produced over 800 pages of discovery and 5 discs containing audio recordings. On October 27, 2015 the government distributed an additional 33 discs containing search warrant applications, search warrant pictures, and picture/video surveillance.

   b. Counsel for the defendants need additional time to review the voluminous discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

1   f.  For the purpose of computing time under the Speedy Trial Act, 18
2       United States Code Section 3161(h)(7)(A) within which trial must
3       commence, the time period of February 18, 2016, to April 28, 2016,
4       inclusive, is deemed excludable pursuant to 18 United States Code
5       Section 3161(h)(7)(A) and (B)(ii) and(iv), corresponding to Local
6       Codes T-2 and T-4 because it results from a continuance granted by
7       the Court at the defendants' request on the basis of the Court's
8       finding that the ends of justice served by taking such action
9       outweigh the best interest of the public and the defendants in a
10      speedy trial.

11  4.  Nothing in this stipulation and order shall preclude a finding that
12  provision of the Speedy Trial Act dictate that additional time periods are
13  excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 15, 2016            /s/  Christopher R. Cosca
                                     CHRISTOPHER R. COSCA
                                     Attorney for Defendant
                                     Roberto Gomez, Jr.

Dated:  February 15, 2016            /s/  David A. Torres
                                     DAVID A. TORRES
                                     Attorney for Defendant
                                     Leonel Ayon

Dated:  February 15, 2016            /s/  Clemente Jimenez
                                     CLEMENTE JIMENEZ
                                     Attorney for Defendant
                                     David Uhrig

Dated:  February 15, 2016            /s/  Michael Petrik, Jr.
                                     MICHAEL PETRIK, JR.
                                     Attorney for Defendant
                                     Jason Rogers

Dated:  November 15, 2016            /s/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Shannon Armstrong

```
Dated: November 15, 2016                 /s/  Toni L. White
                                         TONI L. WHITE
                                         Attorney for Defendant
                                         Bradley Ward

Dated: February 15, 2016                 /s/  David A. Grow
                                         DAVID A. GROW
                                         Attorney for Defendant
                                         William Welch

Dated: February 15, 2016                 /s/  Dwight M. Samuel
                                         DWIGHT M. SAMUEL
                                         Attorney for Defendant
                                         Michael McGibbon

Dated: February 15, 2016                 /s/  Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Attorney for Defendant
                                         Jesus Sicairos

Dated: February 15, 2016                 /s/  Scott N. Cameron
                                         SCOTT N. CAMERON
                                         Attorney for Defendant
                                         Edgar Eduardo Herrera


Dated: February 15, 2016                 Benjamin B. Wagner
                                         United States Attorney

                                         by: /s/  Christiaan Highsmith
                                         Christiaan Highsmith
                                         Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of February, 2016.

_____
Troy L. Nunley
United States District Judge