MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2751
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131 TLN |
| Plaintiff, | |
| v. | ORDER SEALING THE UNITED STATES' SENTENCING MEMORANDUM |
| JOSE MANUEL VALDEZ TORRES, et al., | |
| Defendants. | Court:  Hon. Troy L. Nunley |

Pursuant to Local Rule 141(b) and based upon the representation contained in the plaintiff United States of America's Request to Seal, IT IS HEREBY ORDERED that the United States' 4-page sentencing memorandum and the United States' Request to Seal shall be SEALED until further order of this Court.  It is further ordered that access to the sealed documents shall be limited to respective counsel for the United States and counsel for the defendant for whom the memorandum pertained. The Court specifically finds, based on the information in the United States' sealing request that the United States has met its burden and established:  (1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, a compelling interest would be harmed; and (3) there are no alternatives to closure

SEALING ORDER

1

1  that would adequately protect the compelling interest.  *See Press–Enterprise Co. v. Superior Court*, 478
2  U.S. 1, 13-14 (1986) (*Press–Enterprise II* ).

4  Dated: November 14, 2018

_____
Troy L. Nunley
United States District Judge