MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER SEALING ECF NO. 453 AND RELATED PROTECTIVE ORDER |
| v. | |
| JOSE MANUEL VALDEZ TORRES, et al., | Court: Hon. Troy L. Nunley |
| Defendants. | |

Whereas, on May 17, 2019, in ECF Document filing No. 453, plaintiff United States of America, inadvertently attached the wrong document which should have been sealed and not included in its public filing; and

Whereas, within approximately two and one-half hours after the United States' filing mistake, on May 17, 2019, court staff sealed ECF Document No. 453 after court staff was alerted of the United States' filing mistake,

It is hereby stipulated and agreed by and between the parties, through their respective attorneys, except for Dwight Samuel who agrees to this stipulation and order only in his individual capacity, and Jeffrey Staniels who is the former attorney for defendant Sicairios, subject to the Court's approval, the Court order that:

    1.    ECF Document No. 453 shall remain under permanent court seal; and

    2.    In the event that any defense counsel and/or defense counsel's staff opened, downloaded,

saved, read, printed, and/or copied ECF Document No. 453 before court staff sealed ECF Document No. 453, defense counsel shall forthwith destroy all paper and/or electronic copies and/or notes made of ECF Document No. 453, and all defense counsel and defense counsel's staff shall not discuss, disseminate, share, and/or publish the contents of ECF Document No. 453 with anyone, including defense counsel's client.

DATED: May 20, 2019 McGREGOR W. SCOTT
United States Attorney

By: */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

DATED: May 20, 2019

By: */s/ Chris Cosca*
CHRIS COSCA
Attorney for defendant
Roberto Gomez

DATED: May 24, 2019

By: */s/ Armando Villapudua*
ARMANDO VILLAPUDUA
Attorney for defendant
Leonel Valdez Ayon

DATED: May 20, 2019

By: */s/ Scott Nelson Cameron*
SCOTT CAMERON
Attorney for defendant
Edgar Eduardo Herrera

DATED: May 20, 2019

By: */s/ Heather Williams*
HEATHER WILLIAMS
Attorney for defendant
Jason Duane Rogers

| | | |
|---|---|---|
| DATED: May 20, 2019 | By: | */s/ John Manning*<br><br>JOHN MANNING<br>Attorney for defendant<br>Shannon Anthony Armstrong |
| DATED: May 20, 2019 | By: | */s/ Jesse Ortiz*<br><br>JESSE ORTIZ<br>Attorney for defendant<br>Leobardo Martinez-Carranza |
| DATED: May 20, 2019 | By: | /s/ *Toni White*<br><br>TONI WHITE<br>Attorney for defendant<br>Bradley Gene Ward |
| DATED: May 20, 2019 | By: | */s/ Clemente Jimenez*<br><br>CLEMENTE JIMENEZ<br>Attorney for defendant<br>David Andrews Uhrig |
| DATED: June 6, 2019 | By: | */s/ David Grow*<br><br>DAVID GROW<br>Attorney for defendant<br>William James Welch |
| DATED: May 20, 2019 | By: | */s/ Dwight Samuel*<br><br>DWIGHT SAMUEL<br>Former attorney for defendant<br>Michael William McGibbon, now inactive |
| DATED: May 20, 2019 | By: | */s/ Jeffrey Staniels*<br><br>JEFFREY STANIELS<br>Former attorney for defendant<br>Jesus Humberto Zurita Sicairos |

DATED: May 20, 2019

By: */s/ Nicholas Reyes*
NICHOLAS REYES
Attorney for defendant
Efrain Reyes Barajas

---

## ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby ORDERS that:

1. ECF Document No. 453 shall remain under permanent court seal; and

2. In the event that any defense counsel and/or defense counsel's staff opened, downloaded, saved, read, printed, and/or copied ECF Document No. 453 before court staff sealed ECF Document No. 453, defense counsel shall forthwith destroy all paper and/or electronic copies and/or notes made of ECF Document No. 453, and all defense counsel and defense counsel's staff shall not discuss, disseminate, share, and/or publish the contents of ECF Document No. 453 with anyone, including defense counsel's client.

DATED: June 7, 2019

Troy L. Nunley
United States District Judge