1

2

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,  )  Case №:2:15-CR-0131-TLN
                                )
9            Plaintiff,         )  **O R D E R**
                                )  **TO FILE UNDER SEAL**
10       vs.                    )  **DEFENDANT'S SENTENCING**
                                )  **MEMORANDUM**
11  JASON DUANE ROGERS,         )
                                )
12          Defendant.          )
    _____)

13       Upon Defendant JASON DUANE ROGERS' motion and good cause appearing,

14       IT IS HEREBY ORDERED THAT THE Clerk of the Court will file **under seal** his

15  *Sentencing Memorandum* pursuant to Fed.R.Crim.Proc. 49.1, Local Rule 140(a), Fed.R.Evid.

16  501, and *Judicial Conference Policy on Privacy and Public Access to Electronic Case Files*

17  (3/2008).

18  Dated: July 11, 2019

19

20

21

22       Troy L. Nunley
         United States District Judge
23

24

25

26

27

28