PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00131-TLN |
| Plaintiff, | ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT |
| v. | |
| JOSE MANUEL VALDEZ TORRES, and ENRIQUE ALONSO VALDEZ YANEZ, | COURT: Hon. Troy L. Nunley |
| Defendants. | |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment and the Superseding Indictment in the above-captioned case is DISMISSED.

Dated: November 27, 2023

Troy L. Nunley
United States District Judge